UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dale D. Pierson, | ) | |
| | ) | |
| Plaintiff *Pro Se*, | ) | |
| | ) | Case No. 15-CV-11049 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| National Institute for Labor Relations Research and Stan Greer, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION TO REMAND

Plaintiff *Pro Se* Dale D. Pierson, pursuant to 28 U.S.C. § 1447, moves to remand this case to the Circuit Court of Cook County, Illinois, on the ground that it was improperly removed to this Court; or, alternatively, for an extension for leave to file an amended complaint until January 22, 2016. In support of this Motion, Plaintiff states as follows:

1. On September 11, 2015, Plaintiff filed his action in the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 2015L9352, against Defendants National Institute for Labor Relations Research and Stan Greer. There, Plaintiff alleged that Defendants defamed him, *per se*, based on false statements made and published online and throughout the United States, including Illinois (Complaint ¶¶ 10-11).

2. On or about November 11, 2015, Plaintiff served Defendants with Summons and Complaint.

3. On December 9, 2015, Defendants filed their "Notice of Removal" of the case to Federal Court (Doc. #1, filed 12/09/15). There, Defendants alleged that this Court had diversity jurisdiction over the action pursuant to 28 U.S.C. § 1332.

4. Under the United States Judicial Code, "[t]he District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between—(1) citizens of different states;…" 28 U.S.C. § 1332(a).

5. Under 28 U.S.C. § 1441(a):

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending.

6. Only state court actions that originally could have been filed in federal court may be removed to federal court by the defendant." *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). The "well-pleaded complaint rule dictates that federal jurisdiction exists only when diversity of citizenship or a federal question appears on the face of a plaintiff's properly pleaded complaint." *Caringal v. Karteria Shipping, Ltd.*, 108 F. Supp. 651, 653 (E.D. La. 2000), *relying on Caterpillar*, 482 U.S. at 392 ("Federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint.").

7. Contrary to the assertions of Defendants in their Notice, they do not establish complete diversity of citizenship on its face of Plaintiff's Complaint. Plaintiff alleged only that he is a "resident of Cook County Illinois" (Complaint ¶ 1, Doc. #1-1 at PageID #8), not that he is a "citizen" of Illinois as Defendants assert (Notice at ¶ 5(a), Doc. #1 at PageID #2). Furthermore, Plaintiff alleged only that the NILRR has its principle place of business in Virginia, not that it is a citizen of Virginia and only Virginia (Complaint ¶ 3). Nor did Plaintiff allege that "Defendant Stan Greer is a citizen of Virginia," as Defendants assert in their Notice (¶ 5(b)).

WHEREFORE, Plaintiff respectfully requests this Court to remand this case to the Circuit Court of Cook County, Illinois, awarding him all costs and fees of this Motion; or, alternatively, for an extension for leave to file an amended complaint until January 22, 2016.

Dated: January 7, 2016             Respectfully submitted,

/s/ Dale D. Pierson
Plaintiff *Pro Se*

Dale D. Pierson *(dpierson@local150.org)*
Local 150 Legal Department
6140 Joliet Road
Countryside, IL  60525
Ph. 708/579-6663
Fx. 708/588-1647

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that on January 7, 2016, he electronically filed the foregoing Answer with the Clerk of Court using the CM/CM/ECF system, which sent notification to the following:

Mr. Paul Bozych, *(Paul.Bozych@wilsonelser.com)*
Mr. John J. Murphy *(Jack.Murphy@wilsonelser.com)*
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603

        /s/ Dale D. Pierson
        Plaintiff *Pro Se*

Dale D. Pierson *(dpierson@local150.org)*
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
Ph. 708/579-6663
Fx. 708/588-1647