UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALE PIERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONAL INSTITUTE FOR LABOR RELATIONS RESEARCH AND STAN GREER<br><br>          Defendants. | Case No. 15 CV 11049<br><br>Judge Ruben Castillo<br>Magistrate Judge Geraldine Soat Brown |

**DEFENDANTS' MOTION TO DISMISS**

NOW COME Defendants, NATIONAL INSTITUTE FOR LABOR RELATIONS RESEARCH ("NILRR") and STAN GREER, by and through their attorneys, NIELSEN, ZEHE & ANTAS, P.C., and for their Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), state as follows:

1. Plaintiff Dale Pierson has filed an Amended Complaint containing one count of defamation against both defendants. Specifically, plaintiff alleges that a website posting, authored by defendant Greer and posted on a website maintained by NILRR, contained defamatory statements. The post at issue was reporting on an oral argument in which plaintiff was involved before the Indiana Supreme Court in a case dealing with the constitutionality of Indiana's Right-to-Work law. The post questioned the truthfulness of statements made by the plaintiff, the union representative at the oral argument, by pointing out inconsistent positions taken by the unions over the years.

2. Defendants seek dismissal of plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction and under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

3. Pursuant to this Court's standing order, defendants have contacted plaintiff and provided him with a concise statement of their bases for dismissal prior to filing their motion. See email correspondence attached here to as Exhibit 1. Plaintiff has not provided counsel for defendants with a response.

4. As to dismissal under FRCP 12(b)(2), plaintiff's first amended complaint acknowledges that the two defendants are a Virginia entity and citizen respectively. Plaintiff bases jurisdiction on the fact that he is an Illinois resident and the website maintained by NILRR can be publicly accessed. Nevertheless, these two factors are simply not enough to drag a Virginia corporation and a private Virginia citizen, both of whom have minimal contacts with Illinois, into an Illinois court. Significantly, the oral argument that gave rise to plaintiff's claim occurred in Indiana and involved a significant matter of public concern in the State of Indiana not Illinois. Pursuant to current case law, this Court does not have personal jurisdiction over defendants.

5. As to the failure to state a claim under FRCP 12(b)(6), defendants move for dismissal on multiple bases arguing that the alleged defamatory statements at issue are: (1) substantially true; (2) subject to an innocent construction; (3) an opinion and/or rhetorical hyperbole; (4) privileged; and (5) not made with actual malice. In addition, plaintiff has failed to plead actual damages, and almost certainly cannot do so in good faith.

6. Finally, defendants argue that the instant lawsuit is a strategic lawsuit against public participation, commonly referred to as a SLAPP, which is prohibited by the Illinois

Citizen Participation Act ("CPA"), 735 ILCS 110/1 *et. seq.* In his post, Mr. Greer was reporting on a labor issue which has been for decades a heated matter of public concern. Plaintiff's suit is an attempt to harass the opposition and stifle its ability to report on a matter of public concern. Plaintiff should be subject to all penalties permitted under the CPA.

7. Defendants have concurrently filed their Memorandum of Law in Support of Their Motion to Dismiss.

WHEREFORE, for the reasons more fully set forth in Defendants' Memorandum of Law in Support, Defendants, NATIONAL INSTITUTE FOR LABOR RELATIONS RESEARCH and STAN GREER request that this Honorable Court grant their Motion to Dismiss, dismiss the matter in its entirety with prejudice and for any appropriate relief that this Court deems just.

Respectfully Submitted,

*/s/ John J. Murphy*
John J. Murphy
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe – Suite 1800
Chicago, Illinois 60603
312.734.1005 (direct)
312.322.9977 (fax)
Jmurphy@nzalaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Motion to Dismiss has been electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system which will send notification of such filing via electronic delivery to attorneys of record on March 15, 2016.

          */s/ John J. Murphy*
          John J. Murphy
          NIELSEN, ZEHE & ANTAS, P.C.
          55 West Monroe – Suite 1800
          Chicago, Illinois 60603
          312.734.1005 (direct)
          312.322.9977 (fax)
          Jmurphy@nzalaw.com

Paul Bozych
John J. Murphy
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe – Suite 1800
Chicago, Illinois 60603
312.734.1005 (direct)
312.322.9977 (fax)
pbozych@nzalaw.com
Jmurphy@nzalaw.com

4