# Jack J. Murphy

**From:** Jack J. Murphy [jmurphy@nzalaw.com]
**Sent:** Thursday, March 10, 2016 4:01 PM
**To:** dpierson@local150.org
**Cc:** 'Paul Bozych'; 'Jack J. Murphy'
**Subject:** RE: Statement for Motion to Dismiss
**Attachments:** doc10681720160310160607.pdf

Dear Counsel:

Pursuant to Judge Castillo's standing order, prior to filing a dispositive motion, the moving party is required to submit a concise statement to the non-moving party attempting to resolve any issues that can be resolved without motion practice. In order to comply with this Order, I have attached a draft of defendants' memorandum of law in support of their motion to dismiss. Be advised this is a draft, and we reserve the right to update it prior to the filing date of March 16, 2016.

Briefly, we seek dismissal for lack of personal jurisdiction under FRCP 12(b)(2) and for failure to state a claim under FRCP 12(b)(6). As to the personal jurisdiction issue, your own complaint acknowledges that the two defendants are a Virginia entity and citizen. While you appear to base jurisdiction on the fact that you are an Illinois resident and the website maintained by NILRR can be publicly accessed, these two factors are simply not enough to drag a Virginia corporation and a private Virginia citizen, both of whom have minimal contacts with Illinois, into an Illinois court. Significantly, the oral argument that gives rise to your claim occurred in Indiana and involved a significant matter of public concern in the State of Indiana not Illinois. The case law on this is clear, and I suggest you review recent Supreme Court precedent and the Northern District case law cited in our brief, including cases by the Hon. Ruben Castillo.

As to the failure to state a claim, we have moved for dismissal on multiple bases arguing that the alleged defamatory statements at issue are: (1) substantially true; (2) subject to an innocent construction; (3) an opinion and/or rhetorical hyperbole; (4) privileged; and (5) not made with actual malice. In addition, you have failed to plead actual damages, and almost certainly cannot do so in good faith. Finally, but critically, we believe that your lawsuit is a strategic lawsuit against public participation, commonly referred to as a SLAPP. An experienced labor attorney such as yourself knows full well that the labor matter at issue is, and has been for decades, a heated issue of public concern that tends to ignite the fervor of both sides. A brief search of this issue reveals case law, pleadings and petitions filed on both sides of the aisle – some in which you played a role – that contain charged language. Indeed, the United States Supreme Court has recognized the intense debate surrounding this issue. Given that both sides have used far more heated language, your suit appears less an attempt to be made whole for a true personal tort and more of an attempt to harass the opposition. Under Illinois and Indiana statutes, you could find yourself subject to penalties, including payment of attorney fees and costs should we prevail. Given the total context, your suit is inappropriate.

On a final note, as an experienced attorney in the labor context, I find it hard to believe that the post at issue brought any offense. Mr. Greer's post is clearly an attack on the Union strategy and inconsistent positions maintained by the Union and not you as an individual. Even if you insist it was a personal attack, any experienced litigator has had at least one (and that is if they are lucky) accusation of falsehood directed against them whether it be during an oral argument or a heated deposition. Whether such incidents demonstrate the highest professional standards is a matter of debate; nevertheless, we certainly should not make a federal case out of them. I strongly urge you to re-evaluate your decision to file this suit.

Please feel free to contact me or Paul Bozych to discuss the matter further.

Regards,

Jack J. Murphy
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
(312) 322-9900 - Main
(312) 734-1005 - Direct
(312) 264-6145 - Fax
jmurphy@nzalaw.com



NIELSEN, ZEHE & ANTAS, P.C.

CONFIDENTIALITY NOTICE:
=========================
INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you received this message in error, please notify the sender immediately, delete the message and return any hard copy print-outs.
Thank you.